BADIAK & WILL, LLP
Attorneys for Plaintiff
106 3RD Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 07-H-246-RB/JK

*Office Copy*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY,
as subrogee of EMPRESS INTERNATIONAL LTD.,



JUDGE CEDARBAUM

Case No.: 08 CV 0388

               Plaintiff,

  -against-                       **RULE 7.1 STATEMENT**

FMI INTERNATIONAL OF NEW JERSEY LLC
d/b/a FMI INTERNATIONAL LLC, FMI TRUCKING,
INC., and FMI EXPRESS CORP.,



RECEIVED JAN 15 2008 U.S.D.C. S.D.N.Y. CASHIERS

               Defendant.
-----------------------------------------------------------------X

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY.

               SEE ATTACHED

Dated: January 14, 2008

_____
SIGNATURE OF ATTORNEY
ALFRED J. WILL

**ALLIANZ OF AMERICA, INC**
  Allianz Insurance Company
  Allianz Insurance Group
  Allianz Underwriters Ins Co
  American Automobile Ins Co
  American Insurance Company
  American Standard Lloyd's
  Associated Indemnity Corp
  Chicago Insurance Company
  Fireman's Fund Cty Mut Ins
  Fireman's Fund Indemnity Corp
  Fireman's Fund Insurance Cos
  Fireman's Fund Insurance Co
  Fireman's Fund Ins Co of GA
  Fireman's Fund Ins Co of HI
  Fireman's Fund Ins Co of LA
  Fireman's Fund Ins Co of MO
  Fireman's Fund Ins Co of NE
  Fireman's Fund Ins Co of OH
  Fireman's Fund Ins Co of WI
  Interstate Fire & Casualty Co
  Interstate Indemnity Company
  Midway Ins Co of Illinois
  National Surety Corporation
  Vintage Insurance Company
  Warner Insurance Company
**Fireman's Fund Ins Co of TX**
**Jefferson Insurance Group**
  Jefferson Insurance Co of NY
  Monticello Insurance Co
**Parkway Insurance Company**
**San Francisco Reinsurance Co**